

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com



April 8, 2025

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

      **Re:**   *Ariel Felix v. Bloomberg L.P.*
              **Civil Action No. 24-CV-00960 (JGLC)**

Dear Judge Clarke:

      The parties respectfully submit this joint letter to request that the Court adjourn the upcoming case management conference currently scheduled for April 30, 2025. The case is proceeding according to the briefing schedule set forth in the Court's Order of March 17, 2025 (ECF No. 25). Accordingly, the parties do not believe a case management conference is necessary at this time.

      We thank the Court for its attention to this matter.

Application GRANTED. The conference scheduled for April 30, 2025 is ADJOURNED *sine die*.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated:  April 9, 2025
       New York, New York

Respectfully submitted,

By:   */s/ David W. Garland*
      David W. Garland, Esq.
      Brittany J. Finder, Esq.
      EPSTEIN BECKER & GREEN, P.C.
      875 Third Avenue
      New York, New York 10022
      (212) 351-4500
      *Attorneys for Defendant*
      *Bloomberg L.P.*

Honorable Jessica G. L. Clarke
April 8, 2025
Page 2

                By:    */s/ Brett R. Gallaway*
                      Brett R. Gallaway, Esq.
                      Charles F. Kellett, Esq.
                      McLAUGHLIN & STERN, LLP
                      260 Madison Avenue
                      New York, New York 10016
                      (212) 448-1100
                      *Attorneys for Plaintiff Ariel Felix*